FILED
CHARLOTTE, NC

MAR 24 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

Kee'Andus Barnes

Plantiff,

COMPLAINT

vs.

Case No. 12CRS-53727-28

1:25-cv-00086-FDW

Fry Teresa Jardon; (Warden FCI) Both capacities, Mr. Fry; (officer FCI) Both capacities, T. Cannon; (SRG FCI) Both capacities, Mr. Huneycutt; (Warden AXI) Both capacities, Mr. Morrison (SRG AXI) Both capacities. officer Benfield; (officer FCI) Both capacities Nancy Johnson (unit manager FCI) Both capacities Mr. Kizer; Both capacities Sirchie Acquisition Co, LLC; Both capacities, Premier Biotech Inc; Both capacities Burton M. Adams; Both capacities, monica Bond; Both capacities, Statesville Division

Defendant(s).

A. JURISDICTION

Jurisdiction is proper in this court according to:

✓ 42 U.S.C.§1983

____ 42 U.S.C. §1985

____ Other (Please specify) Statesville Division

B. PARTIES

1. Name of Plaintiff: Kee'Andus R. Barnes
Address: 1001 Veazy Rd
Butner, NC 27509

2. Name of Defendant: Teresa Jardon
Address: 5150 Western Avenue
Foothills Correctional Institution
Morganton, NC 28655

Is employed as Warden (Position/Title) at Foothills Corr. Inst. (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain:
Each time I was searched At FCI Ms. Jordon was the person who sent the officers to thoroughly search All of my person/items/property while she was the overseer of me being walked through A metal Detector And cell sensor. On october 18th 2022-continued →
*see page 1*

3. Name of Defendant: Officer Fry (Both capacities)
Address: 5150 Western Avenue
Foothills Corr.
Morganton, NC 28655

Is employed as Correctional Officer at Foothills Corr. NCDAC
(Position/Title) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain:
On october 19th 2022 officer Fry signed A false DC-160 property Form Falsely stating that I refused to sign it. He intentionally/maliciously manipulated the integrity of the inmate grievance remedy process By knowingly making A False statement to cover up sergeant Cannon Blatant mistakes/wrong doings.

4. Name of Defendant: T. Cannon And officer BenField (Both capacities)
Address: 5156 Western Avenue
Foothills Corr.
Morganton, NC 28655

Is employed as SRG Sergeant at Foothills Corr. NCDAC
(Position/Title) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES ✓ NO _____, if "YES" briefly explain:
After I was taken to solitary confinement on 10/18/22 my property was given to Sgt. Cannon where he maliciously confiscated A package of my legal mail. Staff came to bring my property on 10/18/22 and I notice that my legal mail was missing. I was given

(Use additional sheets if necessary.) (parties section 8, continued) See page 1-6 additional sheets see page 1-6

## C. NATURE OF CASE

*continued see PAGE ~~Seven~~*

Why are you bringing this case to court? Please explain the circumstances that led to the problem.

1) I'm bringing this case to court due to the violations of my constitutional rights; The refusal of the NCDAC to fully investigate my grievances, The malicious confiscation of my legal mail that contained affidavits From the main witness in my case which caused me not to be able to File my innocence claim, The unfair process that the NCDAC handles confidential informant cases. They charge us solely off the informant statement with No proof to Back the statement. For example I was charged and Found guilty of phone charge "A-16" when there was zero evidence to prove I possessed A cell phone at that time when I was charged Oct 2022, The unfair Deceptive trade practice of Premier and Sirchie. The refusal of staff to

*continued* → D. CAUSE OF ACTION ↖ *see pages 6-11*

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count 1: Teresa Jardon

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

Ms. Jardon authorized staff to confiscate all of my personal property. She authorized staff to test A piece of paper (that was allegedly Found inside of my property) using the faulty Sirchie Nark II drug *continued*

b. (1) Count 2: Officer Fry

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

On 10/19/22 officer Fry signed A False DC-160 (presented by Sgt. Cannon) Falsely Stating that I refused to sign the DC-160. Camera Footage will prove that he lied to cover For Sgt. Cannon. They never ~~try~~ Attempted to serve me the DC-160.

E. INJURY

How have you been injured by the actions of the defendant(s)?

Yes I've been injured by defendants when warden Jardon authorized her staff to seize my personal property/legal mail. It contained important material including Affidavits From victims in my case, which left me unable to File my innocence claim in court. I suffered emotional stress because I waited years to receive those Affidavits And staff maliciously seized it due to A False positive test result And staff inability to send the Allege contraband to get verified, which caused me not to be able to file An innocence claim. I'm currently Doing 1½ years of solitary confinement due to staff finding me guilty of infractions solely OFF A statement From A confidential informant; My offender rights were violated in the process, there were No substantial physical evidence to prove my Allege guilt, I'm Doing An estimate of 183 ~~consecutive~~ Days OF 23:1 solitary confinement & And Estimate OF 365 Days of 24 hour solitary confinement to make A total OF 1½ years OF consecutive solitary confinement For A charge I Did Not commit with No proof that I committed the charge. This is cruel & unusual punishment, And very excessive. I lost privileges Telephone, canteen, visitation, Recreation, Educational & religious programs For infractions I Did not commit or substantial physical proof that I committed the infraction. My religious Rasta crown was maliciously seized denying me the right to excersize my spiritual Beliefs. I'm being targeted with consecutive confidential Informant infractions Due to their lack OF substantial physical evidence And Ability to charge/And Find me guilty without giving me Any information to Adequately DeFend myself. Cruel & unusual punishment And violation of my constitutional rights.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/ delivered to the following individuals at the addresses listed:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

This the _____ day of ______________________, 20______.

______________________________
Signature

______________________________
(Print Name)



" "

Blank

Page

" "

Kee'Andus Barnes Sworn*
Affidavit in Truth / Facts

*Teresa Jardon continued*

She sent two correctional officers to come restrain me and take me straight to segregation. She then authorized them to seize all of my personal property. My legal mail was confiscated during the process which is a violation of my Federal rights (14th Amendment). She authorized Staff to test A piece of paper (that they allegedly found inside of my property) using A faulty Nark II drug testing kit. Last But not least she authorized her staff to charge me with An A-16 cell phone charge, An A-14 gang activity and An A-12 contraband drug charge. The A-16 : A-14 charge was given to me over 90 days From when the infractions allegedly took place. She authorized these charges without any substanial evidence...

---

*SRG officer/Sergeant T. Cannon ^And officer BenField^ continued*

A DC-160 property form by officer Benfield on 10/18/22 with All the contraband items that was taken out of my property. The DC-160 never listed that any OF my legal mail was taken. It didn't mention that any of my pictures were taken nor did it mention anything about taking any K2 positive paper. Officer BenField maliciously confiscated my religious Rasta Crown and he stated that Sgt. Cannon had my legal mail and Family pictures. I filed A grievance on 10/31/22 stating that I was missing property (legal mail, pictures) without receiving A DC-160 property form stating that the items were taken by StaFF due to it being contraband. My grievance was rejected enclosed with A False DC-160 stating that Sgt. Cannon confiscated 4 photos SRG related, coated papers with K2 positive legal and assorted papers that are SRG related. It had A date OF 10/19/22 and it was signed by Sgt. Cannon : OFFicer Fry stating that I reFused to sign it (which was False)

* Parties Section B. continued *

Name of Defendant: Jancy M. Johnson / Mr. Kizer

Address: 5150 Western Avenue Foothills Corr. / 355 Old Glenwood Rd
morganton, NC 28655 / Marion, NC, 28752

Is employed as Unit manager at Foothills Correctional NCDAC / Unit manager Marion Corr NCDA

Yes Defendant was acting under the authority or color of state law at the time these claims occurred. Explain:

Ms. Johnson wrongfully/maliciously rejected my grievance falsely stating that it "appeals disciplinary Action". She then sent me A Fraudulent DC-160 property sheet to cover up the malicious confiscation of my legal mail : Family photos by Sgt. Cannon. I wrote several grievances regarding my missing property but Ms. Johnson refused to process any of them which violated my 14th amendment (Due process). I wrote to NC prison legal services explaining that Ms. Johnson refused to process my grievances. The 90 day timeframe was coming up And I didn't know what to do concerning my grievances. The NCPLS told me to write the warden and send A confidential Grievance straight to the Deputy Secretary of prisons. I ~~wrote~~ sent the same grievances that Ms. Johnson refused to process to the prison commissioner. The commissioner dated he received my grievance on 1/13/23 (which fell within the 90 day timeframe from 10/19/22. But unit manager Kizer rejected my grievance stating it exceeded the 90 day timeframe Because he didn't receive it from the Commissioner until 1/25/23. He refused to go by the date the commissioner dated that he received it which violated my 14th Amendment (Due process)

Name of Defendants: Ronnie Huneycutt / morrison / Emig

Address: 633 Old LandFill Rd / 633 old landFill Rd / 633 old landFill Rd
Taylorsville, NC 28681 / Taylorsville, NC 28681 / Taylorsville, NC 28681

Burton M. Adams (Defendant)
233 Old LandFill Rd
Taylorsville, NC 28681

(page 3)

Burton M. Adams is employed As A Disciplinary Hearing officer At Alexander Correctional
Emig is employed As A Sergeant At Alexander Correctional NCDAC,
Morrison is employed As SRG officer at Alexander Corr. And Huneycutt
is employed as Warden at Alexander Corr. NCDAC

Was the defendants acting under the authority or color of state law at the time these claims occurred? Yes ✓ explain:

On 9/11/24 I was taken to solitary confinement and placed under investigation. I received A write-up from Morrison on 9/23/24 stating that his confidential investigation confirmed that I instigated An Assault on staff on 9/10/24. When the investigation officer (Sgt. Emig) brought me the write-up I told him I'm confused to the wording of the write-up because I don't understand how I'm being charged with instigating An Assault on staff on 9/10/24 when there was never any Assault on 9/10/24. He replied its confidential. I asked when did this allege Assault supposed to took place? He replied its confidential. I asked am I being Accussed of instigating the Assault on staff that took place on Blue unit. He replied NO. I asked who are the officers I'm accussed of instigating An Assault Against? He replied its confidential. I asked "Well how I'm suppose to Defend myself adequately if you refuse to answer any of my questions?" He stated it's confidential then he proceeded to walk away from my cell door. I then wrote A statement asking For camera Footage from when my alleged infraction supposed to taken place. I went to DHO to see Burton Adams on 9/29/24 and I asked him All of the same questions I asked Sgt Emig. Mr. Adams only reply was he hadn't read the confidential package yet. I stated that I had the right to have A summary of the Statement read to me And I had the right to refute evidence so how can I refute evidence if your not answering any of my questions? He replied it's confidential and this how confidential cases are handled. I asked did he review camera footage that I ask For? He replied not yet then

he ended our correspondence by asking staff to escort me out of the office so he could review the confidential package And make his decision. He found me guilty and stated that he didn't review the camera Footage of the Assault that took place on blue unit involving officer's Rigsbee & Anderson because I'm not charged with the Actual Assault on staff, And that footage wouldn't show what I was being Accussed of leading up to the Assault. Due to Sgt. Emig and DHO Adams conflicting statements to whether I was charged with instigating An Assault on Rigsbee & Anderson I decided to write the warden Ronnie Huneycutt seeking answers so I could adequately defend myself in front of the FCC and OCC. Mr. Huneycutt informed me in writing that I wasn't charged with instigating An Assault on officer Rigsbee and Anderson. When FCC member Mr. Williams told me that I was in Fact being accussed of instigating An Assault on Rigsbee & Anderson Sgt. Emig (whom was not A FCC Board member) interrupted my hearing telling Me & Mr. Williams that the information was confidential. He then proceeded to tell Mr. Williams that there were several Assaults on staff and they couldn't pinpoint exactly which one because it's confidential. Due to the conflicting answers from staff I had my family email the warden seeking answers. He emailed my family telling them that I wasn't being Accussed of instigating Assault on officer Rigsbee & Anderson. Mr. Emig made A round in my segregation housing dorm so I asked him why is staff telling me conflicting stories to my allege infractions? He replied that he would return to speak to me about it once my H-con referral was complete. Upon completion of my H-con referral I had two conversations with the investigatio

Case 1:25-cv-00086-FDW Document 1 Filed 03/24/25 Page 9 of 17

officer Sgt. Emig. During these conversations he informed me for the first time that I was indeed accussed & charged with instigating An Assault on officers Rigsbee & Anderson. I asked him why didn't you tell me this during my investigation? He stated because it was confidential. I stated well I have A letter & email from the warden (Huneycutt) stating that I wasn't being Accussed of that Assault. He replied that the warden lied and the warden isn't going to tell you anything. I stated how could they find me guilty of instigating An Assault on staff when there's No evidence to support those merits? He replied they received information from our inmate issued tablets that I paid someone or offered someone $500 to Assault staff. Their evidence was centered around something off the tablet dealing with $500... They intentionally lied to me which caused my due process to be unfair.

Name of Defendants: Sirchie Acquisition Co. LLC, Premier Biotech Inc.
Address:

Yes Defendants were acting under the authority or color of state law at the times these claims occurred. Explained: On 10/14/22 staff at Foothills corr. allegedly found A small square piece of paper that allegedly tested positive For cannabinoids "K2". Due to the false presumptive test I was First sent to Segregation For 30 days, secondly I was placed on solitary Confinement For 6 months "I-con". Thirdly I was sent to the RDU program where I was placed on 23:1 lockdown For 9 months. In 201[illegible] "Premier" lied during the bidding process to the DOC regarding the percentage that the Sirchie drug kit produces false positive results, which subjected me to A False positive result, that led to my legal mail being confiscated, solitary confinement, loss

of gain time, loss of phone privileges, canteen, job and educational programs.

*Section D count 1 T. Jardon continued*
testing kit. She authorized staff to seize my legal mail due to the faulty presumptive positive test result. She never sent the paper to A forensic Laboratory to confirm the faulty presumptive positive test result. (Each Nark II sirchie kit includes A warning that False-positive results are possible so "All test results must be confirmed by an Approved Analytical laboratory"). Due to her Failure to send the paper to the lab I was found guilty of the suspected contraband, which resulted in A guilty disciplinary conviction that subjected me to sanctions including solitary confinement, lost of privileges including Food packages, commissary and telephone; loss of Access to prison rehabilitation programs; loss of 'good time' and family visitation rights. She authorized staff to charge me with possession of A cell phone (over 90 days from when the Alleged possession of the cell phone took place) when there were No substantial evidence that I ever possessed A cell phone At that time.

count 3: T. Cannon
Ms. Cannon confiscated my legal mail due to A small square piece of paper (Testing K2 positive) that she Alleged she found inside my property. In my write-up she never stated that she Found the small piece of paper located inside of my legal mail But when I filed my grievance regarding my legal mail they rejected my grievance due to Ms. Cannon telling them that the paper was found inside of my legal mail which could've contaminated my legal documents. She tested the paper using A faulty Nark II drug testing kit that resulted in A positive presumptive result. The Nark II Kit comes with A warning label that states "False-positive results Are possible, so "All test results must be confirmed by An Approve Analytical laboratory.

"Blank"

"Page"

*Section C nature of the case continued*

If I don't shed light on the unfair due process And unfair Administrative remedy procedures then staff will continue to falsely charge me And find me guilty of infractions without any substantial physical evidence to prove my Allege guilt. Staff refuses to process grievances then intentionally wait until the last minute to say we exceeded the 90 day time limit. In the Administrative remedy process they solely go by whatever staff say happened And when I ask them to review camera footage to prove my innocence they refuse. 8 of my last 10 infractions stem from confidential Informant infractions. When dealing with those infractions staff charge us with whatever the informant said we did even when there's No proof to prove that the informant is telling the truth. There excuse is the informant was reliable in the past. I understand that they must take informant information into account but they shouldn't charge & find us guilty of infractions solely because the informant was reliable in the past. That gives informants lee-way to make Any type of Accusations against Any inmate they have A problem with because they know that inmate will be charged. I understand staff cannot divulge any information that will reveal the identity of the informant But at the same time they Also withhold A lot of important information that prevent us from Adequately defending ourselves from the most extreme prison sanctions. Solitary confinement, loss of telephone, recreation, canteen, visitation, educational/religious programs etc. Last But not least staff finding us guilty of presumptive test results without having them verified by An Analytical laboratory As recommended by the company which resulted in my legal mail being confiscated due to the False positive results.

but Ms. Cannon failed to confirm the presumptive test through An Approved laboratory. She never gave me A DC-160 (per policy) stating that she confiscated any of my personal property due to contraband. Once I filed A grievance regarding that matter Ms. Cannon introduced A false DC-160 with officer Fry name Attached to it stating that I refused to sign. Ms. Cannon never attempted to serve me that False DC-160. She introduced the DC-160 with officer Fry stating that I refused to sign in order to cover her tracks For taking my legal mail and my Family pictures without merit. She confiscated my Family pictures Alleging they were gang related. The pictures wasn't showing any gang signs nor any gang grafitti. The DHO stated that my pictures weren't gang related But Ms. Cannon failed to return them to me. Ms cannon charged me with possessing A cell phone with No substantial evidence that I possessed A cell phone other than A confidential informant telling them that I ship into the facility with A phone. She charge me with the phone over the 90 day timeframe from when the alleged infraction took place.

count 4: Officer Benfield

On 10/18/22 Mr. Benfield confiscated my religious Rasta Crown without any merit.

count 5: Mr. Kizer

Mr. Kizer wrongfully rejected my grievance stating that it exceeded the 90 day timeframe from the 10/19/22 incident. Due to Foothills Failure to process my grievance I sent it to the Commissioner which he dated it received on 1/13/23 which was within the 90 day timeframe From 10/19/22 But Mr. Kizer refused to Accept that date from the Commissioner As my official filing date.

count 6: Ronnie Huneycutt
Mr. Huneycutt intentionally / deliberately lied to me and my Family by telling us that I wasn't being Accussed of instigating An Assault on officer Riigsbee & Anderson. He intentionally lied to interfere with my ability to Adequately defend myself. Mr. Huneycutt authorized staff to charge me with instigating An Assault on staff without any substantial evidence that I instigated the Assault other than A confidential Informant telling them I did.

count 7: Morrison
Mr. Morrison concluded his confidential investigation Falsely stating that evidence confirmed that I instigated An Assault on staff on 9/10/24. He charged me with instigating An Assault on staff on 9/10/24 when there was No substantial / physical evidence that I instigated An Assault. He violated Policy by failing to give me A proper substance of the evidence / witness statement. He failed to name the officers whom I allegedly instigated the Assault on. He failed to state the time this Alleged instigation took place. Last But not least No Assault never took place on Any staff members on 9/10/24.

count 8: Jancy Johnson
Ms. Jancy Refused to process any of my grievances while I was housed on her unit. She allowed her staff to submit A False DC-160 on file stating that I refuse to sign it. Ms. Johnson refused to look at camera footage that would've proven that staff lied and the DC-160 was indeed False. Ms. Johnson stated that she rejected my grievance because it appealed Disciplinary Action. I explained why my grievance Did Not Appeal Disciplinary Action But She still refused to process it. She approved me being charged with A cell phone knowi[ng] there was No substantial evidence that I possessed A phone.

Count 9: Sirchie & Premier
Sirchie failed to disclose the risk of cross-reactivity and provided misleading training materials to the state. Sirchie and Premier both breached their duty of care. Sirchie instructed the DOC that any yellow or orange coloration on A Nark testing strip Always indicated the presence of synthetic cannabinoids, despite knowing that proposition to be False. Sirchie mislead DOC employees About the risk of cross-reaction misrepresented the types of compounds that cause false positive results and downplayed the importance of confirmatory testing. For its part, Premier failed to identify cross-reactive agents As instructed by the DOC's solicitation, falsely claimed that it had seen No evidence of unreliability and misrepresented the Nark II error rate in its initial bid to the DOC and in subsequent Communications. Premier failed to disclose in its bid that the Nark II did not meet the DOC's accuracy requirements. Sirchie failed to disclose that the Nark II False positive rate exceeded both the 0.5% minimum accuracy bar and the 10% contract termination threshold.

Count 10: Burton M. Adams
Mr. Adams violated my offender rights by not allowing me to refute evidence. I asked him several questions regarding the Allege evidence against me, but he was unable to answer any of my questions because he hadn't yet looked at the evidence that was presented against me, therefore, he was in No position to commence my hearing But he did anyway. He violated my offender rights by not looking at the camera footage that I requested on my statement Form. He wrongfully found me guilty of An A-14 (gang Activity) & A-22 (instigating A Assault on the staff) when there were No substantial physical

evidence to prove that I participated in Any gang Activity or instigated An Assault on any staff members. He denied me the opportunity to prove my innocence by failing to review the camera Footage.

count 11: Monica Bond

She wrongfully upheld the DHO guilty verdict against me when there were clearly No substantial physical evidence that proved that I was in fact guilty of the Alleged infractions. I explained to her how my offender rights were violated But she refused to do anything About it. She wrongfully upheld An A-16 (phone charge) against me when there were No substantial physical evidence that I possessed A cell phone. She wrongfully upheld An A-12 (contraband) Charge Against me knowing ~~that the presumptive test~~ result was never verified by An Analytical laboratory. The infractions listed in this complaint stem From infractions that occurred on 10/19/22 And 9/23/24

Name of Defendant: Monica Bond

Address: Inmate Grievance Resolution Board
4207 MSC
Raleigh, NC 27699-4207

Is employed As A chief Disciplinary Hearing OFFicer at NCDAC

Defendant was acting under the authority or color of State law at the time these claims occurred. Yes ✓ Explain: She upheld sanctions against me when there were no substantial evidence ~~tha~~ to prove that I was guilty of the Allege infractions. I explained to her that my offender rights were violated but she refused to correct the problem.