# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Kee'Andus Barnes**, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:25-cv-00086-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Teresa Jardon, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 24, 2025 Order.

June 24, 2025

*Katherine Hord Simon*, Clerk
United States District Court